# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, NEW YORK, NY 10018
PHONE (212) 869-3200   FAX (212) 869-4242

September 2, 2025

**VIA ECF**
Magistrate Judge Stewart D. Aaron
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Darius Johnson v. Target Corporation
            Case No.: 25cv4909 (JPO) (SDA)
            Our File: TARG-640

> Application GRANTED. The settlement conference scheduled for September 9, 2025 is adjourned *sine die*. No later than September 17, 2025, the parties shall email Chambers (Aaron_NYSDChambers@nysd.uscourts.gov) with at least 4 proposed dates after December 15, 2025 for the rescheduled conference to occur. SO ORDERED.
> Dated: September 3, 2025

Dear Magistrate Judge Aaron:

    Our office represents Defendant TARGET CORPORATION in the above-referenced matter. We are writing with the consent of plaintiff's counsel to respectfully request an adjournment of the settlement conference presently scheduled to take place on September 9, 2025. This is our first request for an adjournment.

    The deposition of the plaintiff had been scheduled to take place on August 19, 2025, and the deposition of Target was scheduled to take place on September 3, 2025. Plaintiff's counsel provided responses to Target's initial discovery demands dated July 22, 2025, on August 7, 2025, including authorizations. The plaintiff previously provided authorizations with his Rule 26 Disclosure on July 14, 2025; however, Target has not received responses to the subpoenas for his providers.

    Additionally, on August 20, 2025, Target sent a letter to plaintiff's counsel requesting supplemental interrogatory responses and additional authorizations because in his initial discovery responses, the plaintiff disclosed a prior injury but did not include authorizations related to the plaintiff's prior treatment. Plaintiff's counsel provided a response on August 28, 2025. Accordingly, depositions have been adjourned.

    We have sought a 60-day extension of time to complete all discovery From Judge Oetken. We have proposed for all depositions to be completed by December 15, 2025. Target is unable to engage in good faith settlement discussions before conducting the plaintiff's deposition.

    Accordingly, Target requests the conference be adjourned to take place after December 15, 2025.

        Respectfully submitted,

        MOLOD SPITZ & DeSANTIS, P.C.
        By: *Alice Spitz*
         ALICE SPITZ, ESQ.

Cc: Lora Gleicher, Esq. – Attorney for Plaintiff