UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Darius Johnson,<br><br>                    Plaintiff,<br><br>        -against-<br><br>Target Corporation,<br><br>                    Defendant. | 1:25-cv-04909 (JPO) (SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, January 7, 2026, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant's representative may appear for the conference via telephone.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, December 31, 2025).

**SO ORDERED.**

Dated:       New York, New York
             September 18, 2025

_____
STEWART D. AARON
United States Magistrate Judge